UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SITA SERVICES, INC.,<br><br>        Plaintiffs,<br><br>v.<br><br>ONSITE DIAGNOSTIC LABS INC., et al.,<br><br>        Defendants. | Case No. 24-cv-06411-SK<br><br>**CLERK'S NOTICE OF DEFICIENCY IN BILL OF COSTS** |

**NOTICE TO PARTY REQUESTING TAXATION OF COSTS:**

This is to notify you that your bill of costs filed on November 13, 2024 cannot be taxed for the following reason(s):

- ( )    Judgment has not been entered; bill of costs is filed prematurely.
- ( )    Bill of costs is untimely and deemed waived under Civil L.R. 54-1(a) and (c). A motion for administrative relief (Civil L.R. 7-11) seeking leave of court to file a late bill of costs must be filed no later than.
- (X)    No proof of service on opposing counsel.
- ( )    The verification required by 28 U.S.C. § 1924 (included in bill of costs Form CAND 133) is not signed or missing.
- (X)    Supporting itemization and documentation required by Civil Local Rule 54-1(a) is missing or incomplete.
- ( )    The bill of costs is not submitted on Form CAND 133 approved for use in this court.
- (X)    A copy of the bill of costs in Microsoft Word format (.docx) was not emailed to the Clerk (costbills@cand.uscourts.gov).
- (X)    An amended bill of costs may be filed no later than November 29, 2024.
- ( )    Other:

Dated: November 22, 2024

                                            Mark B. Busby<br>
                                            Clerk of Court, United States District Court

                                            By: _____<br>
                                            Brenda Lopez, Deputy Clerk