| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA Form CAND 133 (Rev. 10/2021) | **AMENDED BILL OF COSTS** *Please follow the instructions on page 3 when completing this form.* | **COURT USE ONLY** OBJECTION DEADLINE: 12/9/2024 OBJECTION FILED: YES ☐     No ☒ |
|---|---|---|
| **1. CASE NAME** SITA SERVICES, INC. dba DELTA MEDICAL SERVICES v. ONSITE DIAGNOSTIC LABS INC; STEPHAN ERDELYI & DOES 1-5, inclusive | **2. CASE NUMBER** 3:24-CV-06411-sk | **3. DATE JUDGMENT ENTERED** 10/30/2024 | **4. PARTY AGAINST WHOM JUDGMENT WAS ENTERED** SITA SERVICES, INC. dba DELTA MEDICAL SERVICES |
| **5. NAME OF CLAIMING PARTY** ONSITE DIAGNOSTIC LABS INC. and STEPHAN ERDELYI | **6. NAME OF ATTORNEY FOR CLAIMING PARTY (or indicate "PRO SE")** Robin W. Wofford Mellania E. Safarian Wilson Turner Kosmo LLP | **7. PHONE AND EMAIL OF CLAIMING PARTY, IF PRO SE** (619) 236-9600 rwofford@wilsonturnerkosmo.com msafarian@wilsonturnerkosmo.com |

**8. REQUEST TO TAX THE FOLLOWING AS COSTS:**       (SHADED AREAS ARE FOR COURT USE ONLY)

| COST ITEM | AMOUNT CLAIMED | LIST SUPPORTING DOCUMENTATION | *Amt Allowed* | *Disallowed* | *Disallowance Reason Code/Notes* |
|---|---|---|---|---|---|
| **a. FEES OF THE CLERK AND FOR SERVICE OF PROCESS** | | | | | |
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 18 U.S.C. 1923 | $405 | Exhibit A, p. 10, September 30, 2024 Invoice Exhibit B, p. 4, Confirmation of Payment of Northern District Removal Fee | $405 | | |
| Service of Process, Civil LR 54-3(a)(2) | $596.85 | Exhibit A, p. 10, September 30, 2024 Invoice Exhibit A, p. 13, October 31, 2024 Invoice Exhibit B, p. 1-3, One Legal Invoices Exhibit B, p. 5-8, Knox Invoices | $596.85 | | |
| **b. REPORTERS' TRANSCRIPTS** | | | | | |
| Transcripts for appeal, Civil LR 54-3(b)(1) | | | | | |
| Rulings from the bench, Civil LR 54-3(b)(2) | | | | | |
| Other transcripts (by order or stipulation), Civil LR 54-3(b)(3) | | | | | |
| **c. DEPOSITIONS** | | | | | |
| Deposition transcript/video recording, Civil LR 54-3(c)(1) | | | | | |
| Deposition exhibits, Civil LR 54-3(c)(3) | | | | | |
| Notary & reporter attendance fees, Civil LR 54-3(c)(4),(5) | | | | | |
| **d. REPRODUCTION, EXEMPLIFICATION** | | | | | |
| Government records, Civil LR 54-3(d)(1) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Disclosure/formal discovery documents, Civil LR 54-3(d)(2) | | | | | |
| Trial exhibits, Civil LR 54-3(d)(4) | | | | | |
| Visual aids, Civil LR 54(d)(5) | | | | | |
| e. WITNESS FEES AND EXPENSES | | | | | |
| Total from itemized Witness Fees worksheet,* Civil LR 54(e) | | | | | |
| f. COURT-APPOINTED PROFESSIONALS, INTERPRETERS | | | | | |
| Fees for special masters & receivers, Civil LR 54-3(f) | | | | | |
| Court-appointed experts, 28 USC § 1920(6) | | | | | |
| Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6) | | | | | |
| g. MISCELLANEOUS COSTS | | | | | |
| Costs on appeal, Civil LR 54-3(g) & FRAP 39 | | | | | |
| Costs of bonds and security, Civil LR 54-3(h) | | | | | |
| TOTAL AMOUNT | $1,001.85 | Itemization of Costs and Exhibits A-B | $1,001.85 | | |

9. ADDITIONAL COMMENTS, NOTES, ETC: Costs incurred for e-filing and e-service of Notice of Removal and Motion to Dismiss (including courtesy copies to the Court) through One Legal LLC and Knox Attorney Service, Inc.

10. **AFFIDAVIT PURSUANT TO 28 USC § 1924**: I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.
Name of Attorney/Claiming Party:
SIGNATURE: /s/ Robin A. Wofford          DATE: 11/25/2024

11. Costs are taxed in the amount of $1,001.85 and included in the judgment.
Mark B. Busby
Clerk of Court
BY: /s/ Brenda Lopez          Deputy Clerk          DATE: 12/19/2024

| *WITNESS FEES/EXPENSES COMPUTATION WORKSHEET FOR ITEM 8.e OF REQUEST TO TAX COSTS (28 USC 1821) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | TRAVEL/MILEAGE | | TOTAL COST |
| WITNESS NAME, CITY AND STATE OF RESIDENCE | # Days | $ Cost | # Days | $ Cost | Travel Cost or # Miles POV | $ Cost | Per Witness |
| | | | | | | | |
| | | | | | | | |
| | | | | TOTAL WITNESS FEES/EXPENSES | | | $ 0.00 |